IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GARNET SHORTRIDGE,

    Plaintiff,

v.                                      CASE NO. 1:11-cv-71-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

Pending before the Court is Plaintiff' Motion for Second Extension of Time to File Memorandum of Law. (Doc. 16.)  Plaintiff requests a one day extension of time to file her memorandum. Defendant's counsel does not object to the requested relief.

Accordingly, upon due consideration, Plaintiff's Motion for Second Extension of Time to File Memorandum of Law  (Doc. 16) is **GRANTED**.  Plaintiff shall file his memorandum by **September 16, 2011.**

**DONE AND ORDERED** this 16th  day of September, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge