**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

GARNET SHORTRIDGE,

    Plaintiff,

v.                                                                           CASE NO. 1:11cv71-MP-GRJ

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 3, 2012. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The decision of the Commissioner of Social Security denying plaintiff's application for supplemental security income benefits is REVERSED AND REMANDED pursuant to Sentence Four of 42 U.S.C. § 405(g) to: (i) evaluate and determine whether plaintiff has any past relevant work; (ii) if plaintiff does not have past relevant work or if she cannot perform her past relevant work, the ALJ should perform the required analysis at Step Five to determine whether plaintiff can perform other work; and (iii) make a specific finding as to whether plaintiff's moderate limitations in concentration, persistence or pace are accounted for in the record medical evidence.

3. Pursuant to *Bergen v. Commissioner*, proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b) are stayed until the matter is fully adjudicated upon remand. 454 F.3d 1273 (11th Cir. 2006). The Plaintiff shall file a motion to award fees under 406(b) within 30 days after counsel receives notice from the Defendant Commissioner as to Plaintiff's past due benefits. This stay relates only to attorney fee proceedings under § 406(b) of the Social Security Act, not to attorney fee proceedings under the Equal Access to Justice Act, 28 U.S.C. § 2412, the latter of which may be adjudicated at this time.

**DONE and ORDERED** this 7th day of May, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**